UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                          Chapter 11

    Anthony Rivara                                         Case no. 14-72784

                 Debtor.
-----------------------------------------------------------x

## MONTHLY OPERATING STATEMENT FOR THE PERIOD OF
## JUNE 16 TO JUNE 30, 2014

**DEBTOR'S ADDRESS:**
249 Cleft Road
Mill Neck, NY 11765                          **MONTHLY DISBURSEMENTS:**
                                                            $6,993.29

**DEBTOR'S ATTORNEY:**
   Backenroth, Frankel, & Krinsky, LLP        **MONTHLY OPERATING PROFIT**
   800 Third Ave, 11th Floor                         **(LOSS):**
   New York, NY 10022                                            -$1,173.29

**REPORT PREPARER:**
   Mark Frankel, with information provided by the Debtor.

THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF THE DEBTOR.

The undersigned, having reviewed the attached report and being familiar with Debtor's financial affairs, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowledge.

DATE: 9/23/14                         _____
                                                      Anthony Rivara

Indicate if this is an amended statement by checking here

                                            AMENDED STATEMENT___

## Receipts and Disbursements

| | |
|---|---|
| RECEIPTS | $5,820.00 |
| DISBURSEMENTS | $6,993.29 |

## Balance Sheet

### ASSETS

| | |
|---|---|
| Real Property | $12,000,000.00 |
| Personal Property | $51,200.00 |

### LIABILITIES

| | |
|---|---|
| Secured Claims | $37,507,961.27 |
| General Unsecured | $102,209,099.20 |