UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re                                                              Chapter 11

    Anthony Rivara                                  Case no.  14-72784

                Debtor.

---------------------------------------------------------x


## MONTHLY OPERATING STATEMENT FOR THE PERIOD OF
## JULY 1 TO JULY 31, 2014


DEBTOR'S ADDRESS:
249 Cleft Road
Mill Neck, NY 11765
                                  MONTHLY DISBURSEMENTS:
                                            $5,465.15

DEBTOR'S ATTORNEY:
    Backenroth, Frankel, & Krinsky, LLP        MONTHLY OPERATING PROFIT
    800 Third Ave, 11ᵗʰ Floor             (LOSS):
    New York, NY 10022                         $3,434.85

REPORT PREPARER:
    Mark Frankel, with information provided by the Debtor.

    THIS OPERATING STATEMENT MUST BE SIGNED BY A REPRESENTATIVE OF
THE DEBTOR.

    The undersigned, having reviewed the attached report and being familiar with Debtor's
financial affairs, verifies under the penalty of perjury, that the information contained therein is
complete, accurate and truthful to the best of my knowledge.

DATE: 9/23/14                    _____
                                     Anthony Rivara

Indicate if this is an amended statement by checking here

                                      AMENDED STATEMENT__

## Receipts and Disbursements

| | |
|---|---|
| RECEIPTS | $8,900.00 |
| DISBURSEMENTS | $5,465.15 |

## Balance Sheet

### ASSETS

| | |
|---|---|
| Real Property | $12,000,000.00 |
| Personal Property | $51,200.00 |

### LIABILITIES

| | |
|---|---|
| Secured Claims | $37,507,961.27 |
| General Unsecured | $102,209,099.20 |