| | |
|---|---|
| LAW OFFICE OF BYRON PAUL YOST<br>50 Washington Street, 4th Floor<br>Norwalk, Connecticut 06854<br>(267) 626-8160<br>Byron Paul Yost, Esq.<br>byronyostesq@comcast.net | Hearing Date: Nov. 10, 2014<br>Hearing Time: 1:30 p.m. |

and

LAW OFFICES OF SCOTT A. STEINBERG
626 RXR Plaza, West Tower
Uniondale, New York 11556
(516) 522-2566
Scott A. Steinberg, Esq.
ssteinberg@saslawfirm.net

*Attorneys for Joseph V. Curcio*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

       ANTHONY RIVARA,                           Chapter 11
                                                         Case No. 8-14-72784 (REG)

                            Debtor.
---------------------------------------------------------------X

## NOTICE OF HEARING ON MOTION FOR DETERMINATION
## OF APPLICABILITY OF DEADLINES TO JOSEPH V. CURCIO

      **PLEASE TAKE NOTICE**, that upon the annexed application (the "Application") of Joseph V. Curcio ("Curcio"), the undersigned will move this Court, before the Honorable Robert E. Grossman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, Alfonse D'Amato Federal Courthouse, Federal Plaza, Central Islip, New York 11722 on the 10th day of November, 2014 at 1:30 o'clock p.m., or as soon thereafter as counsel may be heard for an Order, a copy of which is annexed to the Application, determining that the deadlines previously set by the

Bankruptcy Court for the filing of a complaint objecting to the Debtor's discharge and/or the discharge of particular debts, are inapplicable to Curcio, together with such other and further relief as may be just and proper under the circumstances.

**PLEASE TAKE FURTHER NOTICE,** that responsive papers, if any, must be filed with Court on the Court's website, www.nyeb.uscourts.gov (Login and Password required), with a copy delivered directly to Chambers, and served and received by counsel to Joseph V. Curcio, Law Office of Byron Paul Yost, 50 Washington Street, 4th Floor, Norwalk, Connecticut 06854 and the Law Offices Of Scott A. Steinberg, 626 RXR Plaza, West Tower, Uniondale, New York 11556, no later than seven (7) days prior to the date of the hearing.

Dated: Uniondale, New York
October 14, 2014

      LAW OFFICE OF BYRON PAUL YOST
      50 Washington Street, 4th Floor
      Norwalk, Connecticut 06854
      (267) 626-8160
      byronyostesq@comcast.net

      and

      LAW OFFICES OF SCOTT A. STEINBERG
      626 RXR Plaza, West Tower
      Uniondale, New York 11556
      (516) 522-2566
      ssteinberg@saslawfirm.net

      By: */s/ Scott A. Steinberg*
          Scott A. Steinberg (ss8646)

      ***Attorneys for Joseph V. Curcio***