UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re                                : Ch. 11

    ANTHONY RIVARA,       : Case No. 8-14-72784-reg

        Debtor.           : **Hearing Date: December 17, 2014**

-----------------------------------------------------------x

**CREDITOR FEDERAL INSURANCE COMPANY'S OBJECTION TO
DEBTOR'S MOTION FOR AN ORDER APPROVING SALE PROCEDURES**

        Creditor Federal Insurance Company ("Federal"), by and through its undersigned counsel, by way of objection to the Debtor's Motion for Order Approving Disclosure Statement and Sale Procedures (the "Motion"), hereby states:

        1.    On June 16, 2014, the Debtor filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code").

        2.    The Debtor is the owner of a home located at 249 Cleft Road, Mill Neck, New York (the "Property").

        3.    According to the Debtor, the Property is a gilded age estate covering 25 acres overlooking Oyster Bay. The house was originally built by B.F. Goodrich and was a long-time Vanderbilt summer home. [*See* Docket No. 37.]

        4.    Federal is the holder of the mortgage against the Property in the original principal amount of $18 million. The total amount owed by the Debtor to Federal is in excess of $147 million.

        5.    On November 10, 2014, the Debtor filed the Motion seeking both the approval of proposed auction sale procedures (the "Sale Procedures") and the Debtor's

disclosure statement. [Docket No. 47]. On December 5, 2014, the Debtor filed a letter reflecting that the disclosure statement hearing scheduled for December 17, 2014 has been adjourned until January 26, 2015, but that the Sale Procedures hearing remains scheduled for December 17, 2014. [Docket No. 53].

6. The Sale Procedures provide that the Bankruptcy Court has approved the Debtor's application to retain a real estate broker who "shall, among other things, market the Property and make recommendations to the Debtor as to who shall be a qualified bidder and who shall be the winning bidder at the sale of the Property." [*See* Docket No. 47].

7. On October 2, 2014, the Debtor filed an application to retain Daniel Gale Sotheby's International Realty ("DGSIR") as his real estate broker. [Docket No. 37].

8. However, on October 15, 2014, the Debtor filed a letter withdrawing his application to employ DGSIR as the Debtor's real estate broker. [Docket No. 42].

9. The Debtor has not filed a subsequent application requesting approval of the retention of a real estate broker.

10. The Sale Procedures cannot be approved because they provide for the Debtor's real estate broker to, *inter alia*, market the Property, but the Debtor has not yet retained a real estate broker and there is no pending application in which the Debtor seeks approval to retain a real estate broker.

11. Since a real estate broker has not been retained, the Property has not been professionally marketed during this chapter 11 case.

12. The Property should not be sold unless and until the Property and the proposed auction sale are professionally and appropriately marketed to make certain that the sale generates the greatest possible return for creditors.

13. Federal reserves the right to object to: (a) the Debtor's proposed plan; (b) the Debtor's proposed disclosure statement; and (c) the approval of the proposed sale of the Property under Section 363 of the Bankruptcy Code.

WHEREFORE, Federal requests that the Court enter an order denying the Debtor's Sale Procedures Motion and granting Federal such other and further relief as the Court deems just and equitable.

Dated:  December 10, 2014

        SCHNADER HARRISON SEGAL & LEWIS LLP

        By: */s/ Cynthia A. Murray*
        Cynthia A. Murray
        140 Broadway, Suite 3100
        New York, New York, 10005
        E-mail:  cmurray@schnader.com
        Phone No.: (212) 973-8077
        Fax No.:    (212) 972-8798

        Richard A. Barkasy
        1600 Market Street, Suite 3600
        Philadelphia PA 19103-7213
        E-mail:  rbarkasy@schnader.com
        Phone No.: (215) 751-2000
        Fax No.:    (215) 751-2205

        *Attorneys for Creditor Federal Insurance Company*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                      :

In re                                          :   Ch. 11

    ANTHONY RIVARA,                     :   Case No. 8-14-72784-reg

                   Debtor.                     :

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       CYNTHIA A. MURRAY, an attorney duly admitted to practice in this State, affirms under the penalties of perjury as follows:

       I served a true and correct copy of Federal Insurance Company's Objection To Debtor's Motion For An Order Approving Sale Procedures via U.S. First Class mail this 10th day of December, 2014 upon:

> Mark A. Frankel
> BACKENROTH FRANKEL & KRINSKY LLP
> 800 Third Avenue
> 11th Floor
> New York, New York 10022
> Email: mfrankel@bfklaw.com
> *Attorneys for Debtor Anthony Rivara*

> Kevin J. Larner
> RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
> Headquarters Plaza
> One Speedwell Avenue
> Morristown, NJ 07962-1981
> Email: klarner@riker.com
> *Attorneys for Creditor Wilmington Trust, National Association, Not In Its Individual Capacity But Solely As Trustee Under Greenwich Investors XXXVII Pass-Through Trust Agreement Dated As Of July 26, 2011*

Richard J. McCord
CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue
East Meadow, New York 11554
Email:  rmccord@certilmanbalin.com
*Attorneys for Creditor Joseph V. Curcio*


Enid Nagler Stuart
Assistant Attorney General
ATTORNEY GENERAL OF THE STATE OF NEW YORK
120 Broadway, 24th Floor
New York, New York 10271
Email: enid.stuart@ag.ny.gov
*Attorneys for Creditor New York State Department of Taxation and Finance*


Stan Yang
UNITED STATES TRUSTEE
Long Island Federal Courthouse
560 Fedearl Plaza, Room 560
Central Islip, New York 11722-4437
Email:  Stan.Y.Yang@usdoj.gov
*U.S. Trustee*


Dated: New York, New York
        December 10, 2014

                            */s/ Cynthia A. Murray*
                              CYNTHIA A. MURRAY