UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                          Chapter 11

        Anthony Rivara                           Case No. 14-72784

        Debtor.
-----------------------------------------------------------x

## POST-CONFIRMATION DISBURSEMENT
## REPORT FOR THE MONTH OF SEPTEMBER 2014

      Anthony Rivara, by his attorneys, Backenroth Frankel & Krinsky, LLP, respectfully represents as follows: The Debtor's disbursements for the month of September 2014 was $7,797.00.

Dated:  New York, New York
       February 19, 2015

                **BACKENROTH FRANKEL & KRINSKY, LLP**

              By:  s/Mark Frankel
                   800 Third Avenue
                   New York, New York 10022
                   (212) 593-1100