UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                    Chapter 11

        Anthony Rivara                                Case No. 14-72784

        Debtor.
-----------------------------------------------------------x

# POST-CONFIRMATION DISBURSEMENT
# REPORT FOR THE FOURTH QUARTER 2014

      Anthony Rivara, by his attorneys, Backenroth Frankel & Krinsky, LLP, respectfully represents as follows: The Debtor's disbursements for fourth quarter 2014 was $42,669.00.

Dated: New York, New York
       February 19, 2015

                              **BACKENROTH FRANKEL & KRINSKY, LLP**

                        By:   s/Mark Frankel
                              800 Third Avenue
                              New York, New York 10022
                              (212) 593-1100