UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                    Chapter 11

        Anthony Rivara                                    Case No. 14-72784

        Debtor.
-----------------------------------------------------------x

**POST-CONFIRMATION DISBURSEMENT**
**REPORT FOR THE PERIOD OF**
**JANUARY 1, 2015 TO FEBRUARY 13, 2015**

     Anthony Rivara, by his attorneys, Backenroth Frankel & Krinsky, LLP, respectfully represents as follows: The Debtor's disbursements for period of January 1, 2015 to February 13, 2015 was $20,440.50.

Dated:  New York, New York
        February 19, 2015

                              **BACKENROTH FRANKEL & KRINSKY, LLP**

                          By:   s/Mark Frankel
                               800 Third Avenue
                               New York, New York 10022
                               (212) 593-1100