UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
In re:

                                            Chapter 11

ANTHONY RIVARA,                        Case No. 8-14-72784-reg

                         Debtor.
----------------------------------------------------------------------X

## ORDER TO SHOW CAUSE
### WHY THIS CASE SHOULD NOT BE CONVERTED TO CHAPTER 7

      Whereas, at a hearing held on February 11, 2015, the Debtor, Anthony Rivara, consented to the dismissal of this chapter 11 case, and the Court determined that this case should be dismissed, and

      Whereas, the Office of the United States Trustee has advised that the dismissal order should not yet be entered because there are quarterly fees due and owing by the Debtor, it is hereby

      ORDERED, that the Debtor show cause at a hearing to be held on March 11, 2015 at 1:30 p.m., why the Court should not convert this chapter 11 case to chapter 7 for "cause" pursuant to 11 U.S.C. §1112(b).

Dated: Central Islip, New York
       March 6, 2015

                                                       /s/ Robert E. Grossman
                                                       Robert E. Grossman
                                                      United States Bankruptcy Judge